UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD ACORD,

              Plaintiff,

v.

                                                          Civil Case No. 13-CV-12059
                                                           HON. MARK A. GOLDSMITH

COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.
_____/

## ORDER REGARDING PLAINTIFF'S APPEAL OF THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. 29)

      This is a Social Security case. On July 17, 2014, Magistrate Judge R. Steven Whalen entered a Report and Recommendation (R&R) (Dkt. 27). On July 25, 2014, Plaintiff Richard Acord filed a document titled "Plaintiff Appeal's the Trial Court's Recommendation" (Dkt. 29). Although the document is titled an "appeal," the Court construes the document as Plaintiff's objections to the R&R.

      The document is unsigned. Federal Rule of Civil Procedure 11(a) states, in pertinent part, "Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Accordingly, the Court will strike Plaintiff's unsigned objections, unless Plaintiff files, on or before August 20, 2014, a signed copy of his objections. If Plaintiff timely submits signed objections, Defendant's

response to the objections, if any, shall be filed no later than fourteen days after service of the signed objections.

    SO ORDERED.


Dated: August 8, 2014                              s/Mark A. Goldsmith
      Flint, Michigan                       MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 8, 2014.

                                             s/Deborah J. Goltz
                                             DEBORAH J. GOLTZ
                                             Case Manager